# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19-MJ-7305-JCB |
| MICHAEL PRIDGEN | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MICHAEL PRIDGEN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) - Distribute and Possess with Intent to Distribute Controlled Substances
21 U.S.C. § 860 - Distribute and Possess with Intent to Distribute Controlled Substances Within 1000 Feet of Public Housing

Date: 09/09/2019

*Issuing officer's signature*

City and state: Boston, MA

U.S. Magistrate Judge Jennifer C. Boal
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*